IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **CLARENCE BUCHANNON,** **#123891,** | ) ) ) |
| Petitioner, | ) ) |
| v. | )   CASE NO. 3:07-cv-897-WKW ) |
| **KENNETH L. JONES, WARDEN,** *et al.*, | ) ) |
| Respondents. | ) |

## ORDER

On October 11, 2007, the Magistrate Judge filed a Recommendation (Doc. # 4) in this case to which no timely objections were filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that:

1. The Recommendation of the Magistrate Judge (Doc. # 4) is ADOPTED;

2. The 28 U.S.C. § 2254 petition for habeas corpus relief (Doc. # 1) filed by petitioner is DENIED;

3. This case is DISMISSED without prejudice in accordance with the provisions of 28 U.S.C. §2244(b)(3)(A) as petitioner has failed to obtain the requisite order from the Eleventh Circuit Court of Appeals authorizing a federal district court to consider his successive habeas application.

An appropriate judgment will be entered.

DONE this 31st day of October, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE